FRANK BELMONT VALENTINE v. DAVID PENDER GROCERY COM-
PANY AND LIBERTY MUTUAL INSURANCE COMPANY.

(Filed 28 September, 1938.)

APPEAL from *Parker, J.,* at June Term, 1938, of WILSON.   Affirmed.

This was a proceeding under the North Carolina Workmen's Compensation Act.   Plaintiff claimed compensation for a personal injury by accident arising out of and in the course of his employment by defendant Grocery Company, resulting in hernia.   The Industrial Commission found from the evidence that plaintiff did not sustain an injury by accident resulting in hernia, and denied compensation.   Upon appeal to the Superior Court the findings and ruling of the Industrial Commission were affirmed.   Plaintiff appealed to the Supreme Court.

*S. L. Arrington for plaintiff, appellant.*

*Wm. H. Yarborough, Jr., and J. M. Broughton for defendants, appellees.*

PER CURIAM.   The findings of fact of the Industrial Commission on plaintiff's claim, being supported by evidence, are conclusive on appeal (*Lockey v. Cohen, Goldman & Co.,* 213 N. C., 356), and judgment is
Affirmed.

———————

MRS. JOHN THOMAS JOHNSTON ET AL. v. HALIFAX PAPER
COMPANY ET AL.

(Filed 12 October, 1938.)

**Appeal and Error § 38—**

When the Supreme Court is evenly divided in opinion, one Justice not sitting, the judgment of the Superior Court will be affirmed without becoming a precedent.

APPEAL by defendants from *Parker, J.,* at August Term, 1938, of HALIFAX.

Proceeding under Workmen's Compensation Act to determine liability of defendants to next of kin of John Thomas Johnston, deceased employee.

The Industrial Commission overruled the trial Commissioner and awarded compensation.   This was affirmed on appeal to the Superior Court.